# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 22-07207-DSF-DFM | Date: | February 8, 2023 |
|---|---|---|---|
| Title | Dave Sare v. United States of America et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Petitioner(s): | Attorney(s) for Respondent(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On December 15, 2022, in compliance with the Court's order dated October 31, 2022, Respondents filed a status report as to the parties' efforts to resolve Petitioner's habeas claims through the BOP's administrative remedy process. See Dkt. 17. Respondents reported that the BOP had provided Petitioner with a BP-9 form to pursue his administrative remedies, but that Petitioner's BP-9 submission was automatically rejected because he did not attach his denied informal resolution request. See id. at 2-3.

On January 3, 2023, the Court issued an order summarizing the reported defects in Petitioner's BP-9 submission and encouraging him to take steps to remedy those defects as soon as possible. See Dkt. 20. at 1. The Court ordered Respondents to file, no later than thirty days from the date of that order, another update as to the parties' progress in resolving Petitioner's claims through the administrative remedy process. See id. at 2. Respondents have not filed a status report with the Court, and the time to do so has passed.

Respondents are therefore ORDERED to show cause in writing, **no later than seven (7) days from the date of this Order**, why sanctions should not be imposed for failure to comply with the Court's order. The Court will construe the filing of a status report as sufficient to discharge this order.