JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DAVE SARE, | No. CV 22-07207-DSF (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

Date: April 26, 2023

_____

DALE S. FISCHER
United States District Judge